**United States District Court**
For the Northern District of California

1
2
3
4
5    IN THE UNITED STATES DISTRICT COURT
6
7    FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL FAAOLA,

    Plaintiff,　　　　　　　　　　　　　　No. C 09-02327 WHA

  v.

GES EXPOSITION SERVICES INC., *et al.*,　　**ORDER TO SHOW CAUSE**

    Defendant.
    　　　　　　　　　　　　　　　　/

PAUL FAAOLA,

    Plaintiff,

  v.　　　　　　　　　　　　　　　　No. C 09-02394 WHA

FREEMAN DECORATING SERVICES INC.,

    Defendant.
    　　　　　　　　　　　　　　　　/

PAUL FAAOLA,

    Plaintiff,

  v.　　　　　　　　　　　　　　　　No. C 09-02944 WHA

CHAMPION EXPOSITION SERVICES OF
NORTHERN CALIFORNIA, INC.,

    Defendant.
    　　　　　　　　　　　　　　　　/

MANUA MALAUULU

    Plaintiff,

  v.　　　　　　　　　　　　　　　　No. C 09-02951 WHA

CURTIN CONVENTION & EXPOSITION
SERVICES, INC.,

    Defendant.
    　　　　　　　　　　　　　　　　/

MANUA MALAUULU

    Plaintiff,

  v.

SERVICE WEST, INC.,

    Defendant.
                                       /

No. C 09-03385 WHA

The Court has ordered that Case Nos. 09-2327 and 09-2394 shall be remanded. The parties in the remaining related cases are **ORDERED TO SHOW CAUSE** by **NOON ON AUGUST 14, 2009** why the remaining cases should not be remanded as well.

**IT IS SO ORDERED.**

Dated: August 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE